# CHARGE OF DISCRIMINATION

Charge Presented To: ☐ FEPA  ☒ EEOC

Agency(ies) Charge No(s): 490-2017-02591 and EEOC

| Name | Home Phone | Date of Birth |
|---|---|---|
| Ms. Elise Hebert | 662-385-1411 | 1981 |

Street Address: 411 Judah Rd.
City, State and ZIP Code: Randolph, MS 38864

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Chickasaw County - Regional Correctional Facility/Sheriff Dept. | 15-100 | (662) 456-2339 |

Street Address: 130 Lancaster Circle
City, State and ZIP Code: Houston, MS 38851

DISCRIMINATION BASED ON: ☒ SEX

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10/2016    Latest: 7/28/2017
☒ CONTINUING ACTION

THE PARTICULARS ARE:

I began work for Chickasaw County for the Sheriff's Dept. as a correctional officer in October 2016. I am highly qualified for this position. After the Sheriff's Dept. ran my background check, the warden and the chief pulled me aside and it became known that I am a transgender female. This had no bearing on my ability to perform my work. However, this information was apparently leaked to other officers because comments began to circulate about my status. Additionally, I began to notice differences in the way in which female officers and male officers were treated. Female officers were expected to remain in the control room and not allowed to walk the pods. I was told I could not bring in soda and had mine taken away in front of other staff members, but male officers were allowed to have sodas. Trustees were also allowed to get sodas. Lt. Fowler would go through my belongings when I came in but would not search male officers' belongings, such as Officer Moss. Around February 2017, I was supposed to be promoted to sergeant and performed these duties, but this was not made official and I was referred to as officer and did not receive an increase in pay. Around the same time frame, male officers were officially promoted to Sgt. and were given pay raises. I made verbal and written complaints regarding the differences in treatment I was being subjected to, such as being written up for offenses that male officers did but were not written up for like leaving a door open. I made an official grievance complaint to the Sheriff on May 30, 2017, but the only response I received was to be called in and terminated on July 28, 2017. The County has a policy that prevents retaliation for making a grievance.

I believe that I have been discriminated against because of my sex, (female/transgender, and for complaining internally about sex discrimination. I believe that the above is in violation of Title VII of the Civil Rights Act of 1964, as amended.

Date: 07/31/17
Charging Party Signature: Elise Hebert

NOTARY: Vera Bobbitt
Subscribed and sworn to before me this day, year: July 31, 2017

**EXHIBIT A**