IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ELISE T. HEBERT                                                                             PLAINTIFF

V.                                                            CIVIL ACTION NO.: 1:19-CV-175-SA-DAS

CHICKASAW COUNTY, MISSISSIPPI                                    DEFENDANT

ORDER OF DISMISSAL WITH PREJUDICE

The Plaintiff, having filed a Stipulation of Dismissal with Prejudice [30], has reached a settlement in this matter and stipulates that all claims should be dismissed with prejudice and that each party shall bear its own costs and attorney fees.

THEREFORE, IT IS ORDERED that this suit is DISMISSED WITH PREJUDICE in its entirety. It is further ORDERED that each party shall bear its own costs and fees.

This the 23rd day of June, 2020.

                                                                /s/ Sharion Aycock
                                                                 UNITED STATES DISTRICT JUDGE